# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDEEP MOHAN MEHTA, | ) | |
| | ) | Civil Action No. 12 –257J |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| C.G. WIGEN, *Warden*, *MVCC*, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**AND NOW**, this 12th day of June, 2014, after Petitioner, Sandeep Mohan Mehta filed a petition for writ of habeas corpus in the above-captioned case,

**IT IS HEREBY ORDERED** that for the reasons set forth in the Court's Memorandum Opinion dated and filed on this day, the petition for writ of habeas corpus is **DENIED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

Cc: Sandeep Mohan Mehta
57881-019
Moshannon Valley Correctional Center
555 Geo Drive
Philipsburg, PA 16866
*Via First Class Mail*

Counsel of Record
*Via ECF Electronic Mail*