# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDEEP MOHAN MEHTA, ) | |
| ) | Civil Action No. 12 –257J |
| Petitioner, ) | |
| ) | |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| C.G. WIGEN, *Warden*, *MVCC*, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**AND NOW**, this 23rd day of March, 2015, pursuant to the Judgment of the Third Circuit Court of Appeals issued on January 29, 2015 in C.A. No. 14-3166, and the Mandate issued on March 23, 2015,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Bureau of Prisons is directed to credit Petitioner's sentence for the time spent in custody in England from July 13, 2010 thru March 31, 2011, in accordance with the Bureau of Prisons standard method of calculating time credit.

**IT IS FURTHER ORDERED** that the Bureau of Prisons is to provide Petitioner this credit no later than **May 22, 2015**.

**IT IS FURTHER ORDERED** that Respondent shall file an affidavit of compliance within thirty (30) days after the Bureau of Prisons has issued Petitioner the credit.

**AND IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Sandeep Mohan Mehta
 57881-019
 Moshannon Valley Correctional Center
 555 Geo Drive
 Philipsburg, PA  16866

 Counsel of Record